

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00061-CV

| | | |
|---|---|---|
| SCOTT R. HOYT, Appellant | § | On Appeal from the 355th District Court |
| v. | § | of Hood County (C2019150) |
| | § | July 15, 2021 |
| HARBOR LAKES HOMEOWNERS ASSOCIATION, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's summary judgment. It is ordered that the summary judgment of the trial court is affirmed in part and reversed in part. We reverse that portion of the trial court's summary judgment regarding the declaration that the appellee Harbor Lakes Homeowners Association has no duty to clear the debris and that the responsibility falls entirely on appellant Scott R. Hoyt, and we remand this case to the trial court for further proceedings consistent with this opinion. We affirm all other aspects of the trial court's summary judgment.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack